**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6760**

───────────

GEORGE H. VAN WAGNER, III,

Petitioner - Appellant,

versus

MARK A. HENRY, Warden,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-737-CCB)

───────────

Submitted:  August 27, 1998       Decided:  September 18, 1998

───────────

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

George H. Van Wagner, III, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Van Wagner v. Henry</u>, No. CA-98-737-CCB (D. Md. Apr. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>